# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MAKES AND MODELS MAGAZINE, INC.,**
**a Florida Corporation,**

      **Plaintiff,**

**v.**                                  **Case No.  8:05-cv-1330-T-30EAJ**

**ASSURANCE COMPANY OF AMERICA, a**
**foreign insurance company,**

      **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Filing Dismissal With Prejudice (Dkt. #44).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1330.dismissal 44.wpd